CENTRAL MFG. CO., Appellant,

v.

HEPA CORPORATION, Appellee.

Nos. 05–1566, 91/152,243.

United States Court of Appeals, Federal Circuit.

Dec. 30, 2005.

*ORDER*

On November 22, 2005 the court issued an order giving counsel for Central Mfg.

1. Required for use on petitions, formal briefs and appendices, court opinions, and disposi-  tive court orders. FRAP 12(a); 32(a).

Co. ("Central") 30 days to file an entry of appearance. No counsel has entered an appearance for Central within the time allowed.

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.